Clarence FRANKLIN,
Respondent/Employee,

v.

GENERAL MOTORS CORPORATION,
Appellant/Employer.

No. ED 79060.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 11, 2001.

Daniel J. Harlan, St. Louis, MO, for appellant.

John J. Hummel, St. Louis, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., CLIFFORD H. AHRENS, and ROBERT G. DOWD, JR., JJ.

PER CURIAM.

Employer, General Motors Corporation, appeals from a decision by the Labor and Industrial Relations Commission awarding Clarence Franklin workers' compensation benefits. The decision of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record; no error of law appears. A written opinion would have no precedential value.

The decision of the Labor and Industrial Relations Commission is affirmed. Rule 84.16(b).